THE PEOPLE, ex rel. THE LAKE SHORE & MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* THE COMMON COUNCIL OF THE CITY OF DUNKIRK et al., Respondents.

(Argued October 5, 1886; decided October 26, 1886.)

*Charles A. Pooley*, for appellant.

*Walter D. Holt*, for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.